OLMSTED, Appellant, vs. TOWN OF GREENFIELD, Respondent.

*December 11, 1913—January 13, 1914.*

*Highways: Defects: Injury to automobile: Contributory negligence.*

A verdict finding plaintiff guilty of contributory negligence is supported by evidence that, while driving an automobile at the rate of twelve miles per hour, he left the main track of a country road, and that the under part of his car struck and was damaged by a stump ten inches high which was in the middle of the traveled sidetrack and, though partially concealed, was visible for a distance of fifty to seventy-five feet.

APPEAL from a judgment of the circuit court for Monroe county: E. C. HIGBEE, Circuit Judge. *Affirmed.*

For the appellant there was a brief by *Minahan & Minahan,* and oral argument by *E. R. Minahan.*

For the respondent the cause was submitted on the brief of *Thorwald P. Abel.*

TIMLIN, J. Where there is evidence tending to show that in the center of a traveled sidetrack of a country road there is an oak stump ten inches high partially concealed by green oak sprouts about two feet high and by weeds, but visible to one approaching from the west for a distance of fifty to seventy-five feet, and the plaintiff going east in an automobile at the rate of twelve miles per hour left the main traveled track and took this sidetrack, and the under part

of his automobile struck. this stump and was damaged, a verdict finding plaintiff guilty of. contributory negligence is not without evidence to support it.

*By the Court.*—Judgment affirmed.